# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-336
Lower Tribunal No. CF20-7429-XX

_____

REYNALDO LYNN WASHINGTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Michael P. McDaniel, Judge.

February 13, 2024

PER CURIAM.

AFFIRMED.

WHITE, BROWNLEE and GANNAM, JJ., concur.

Howard L. "Rex" Dimmig, II, Public Defender, and  Caroline Joan S. Picart, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa,  for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED